ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Painter Tool, Inc. ) | ASBCA No. 61832 |
| ) | |
| Under Contract No. N00104-17-P-FD30 ) | |

APPEARANCE FOR THE APPELLANT:     Joseph A. Camardo, Jr., Esq.
                                  Camardo Law Firm, P.C.
                                  Auburn, NY

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                   Navy Chief Trial Attorney
                                  Katie T. Dang, Esq.
                                   Trial Attorney
                                   Naval Supply Systems Command
                                    Weapons Systems Support
                                   Mechanicsburg, PA

ORDER OF DISMISSAL

The dispute has been settled. By letter dated April 23, 2019, Painter Tool, Inc., notified the Board that it desired to withdraw its appeal and have the Board dismiss it with prejudice.

The appeal is dismissed with prejudice.

Dated: April 24, 2019

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61832, Appeal of Painter Tool, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals